NO MEMOS FILED TODAY.